1  David T. Biderman, Bar No. 101577
   DBiderman@perkinscoie.com
2  Charles C. Sipos *(pro hac vice)*
   CSipos@perkinscoie.com
3  Sunita Bali, Bar No. 274108
   SBali@perkinscoie.com
4  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
5  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
6  Facsimile:  310.788.3399

7  Attorneys for Defendants
   GENERAL MILLS, INC. and
8  YOPLAIT USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY GALLANT, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MILLS, INC. a Delaware Corporation, YOPLAIT USA, INC., a Delaware Corporation, and Does 1 through 10,<br><br>Defendants. | Case No.: CV 12-04121 DDP (DTBx)<br><br>Assigned to the Honorable Dean D. Pregerson<br><br>**ORDER ON STIPULATION REGARDING DEFENDANTS' RESPONSE TO COMPLAINT** |

CV-12-04121 DDP (DTBx)     -1-     [PROPOSED] ORDER ON STIPULATION RE DEFENDANTS' RESPONSE TO COMPLAINT

# ORDER

Pursuant to this stipulation of the parties dated July 13, 2012 and good cause appearing, the Court hereby orders that:

1. Plaintiff shall have twenty one (21) days after the United States District Court for the District of Minnesota rules on Defendants' motion to dismiss in the *Taradejna* action to amend the currently pending complaint in this action, if she elects to do so;

2. Defendants General Mills, Inc. and Yoplait USA, Inc. will have twenty eight (28) days from the expiration of Plaintiff's twenty-one (21) day period, to either answer or otherwise respond to any amended complaint filed by Plaintiff.

3. This stipulation shall not alter the Court's prior Order regarding the class certification briefing schedule.

IT IS SO ORDERED.

DATED: July 18, 2012

_____
Hon. Dean D. Pregerson
U.S. District Judge